IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| SUSIE MOSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | |
| | ) | 3:13-CV-0028-CDL |
| MARMALADE HEALTHCARE, LLC, | ) | |
| d/b/a ABBEY HOSPICE; | ) | |
| PAYCHEX ADMINISTRATIVE | ) | |
| SERVICES, INC.; | ) | |
| And | ) | |
| PAYCHEX, INC., a/k/a | ) | |
| PAYCHEX RETIREMENT SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION OF EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADINGS**

COMES NOW, PLAINTIFF Susie Moss, and files this, her stipulation of extension of time for Marmalade Healthcare, LLC ("Paychex Defendants") to file responsive pleadings in the above styled matter. The Paychex Defendants were served on March 26, 2013, and thus their responsive pleadings would be due on April 17, 2013. By stipulating to a fourteen-day extension pursuant to Local Rule 6.1, the Paychex Defendants responsive pleadings are now due on May 1, 2013.

Respectfully submitted, this 17th day of April, 2013.

**HURT, STOLZ & CROMWELL, LLC**

s/ James W. Hurt, Jr.
James W. Hurt, Jr.
Georgia Bar No. 380104

345 West Hancock Avenue
Athens, Georgia 30601
(706) 395-2750

Facsimile:  (866) 766-9245
jhurt@hurtstolz.com                **ATTORNEY FOR PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| SUSIE MOSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| v. | ) | |
| | ) | 3:13-CV-0028-CDL |
| MARMALADE HEALTHCARE, LLC, | ) | |
| d/b/a ABBEY HOSPICE; | ) | |
| PAYCHEX ADMINISTRATIVE | ) | |
| SERVICES, INC.; | ) | |
| And | ) | |
| PAYCHEX, INC., a/k/a | ) | |
| PAYCHEX RETIREMENT SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing STIPULATION OF EXTENSION OF TIME WITHIN WHICH TO FILE RESPONSIVE PLEADINGS on the following parties *via* e-mail properly addressed to the following:

David Dickinson, Esq.
mayord@monroeaccess.net

Michael Prame, Esq.
mjp@groom.com

Respectfully submitted, this 17th day of April, 2013.

**HURT, STOLZ & CROMWELL, LLC.**

s/ James W. Hurt, Jr.
By:  James W. Hurt, Jr.
Georgia Bar No.:  380104

345 West Hancock Avenue
Athens, Georgia 30601
(706) 395-2750
Facsimile:  (866) 766-9245
jhurt@hurtstolz.com                    **ATTORNEY FOR PLAINTIFF**